Jacqueline BARNES–MILLER, Appellant,

v.

SCHNUCKS MARKET, Respondent.

No. 74491.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 16, 1999.

Jacqueline Barnes–Miller, pro se.

Joan M. Holt, St. Louis, for respondent.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL Jr., J. and CLIFFORD H. AHRENS, J.

*ORDER*

PER CURIAM.

Jacqueline Barnes–Miller appeals from a final award of the Labor and Industrial Relations Commission on April 23, 1998. The Commission affirmed the November 4, 1997, award of administrative law judge which awarded 5% permanent partial disability to the body as a whole. We have reviewed the record on appeal and find the award was supported by substantial competent evidence and is not against the overwhelming weight of the evidence. A written opinion would serve no jurisprudential purpose.

